MAY 27, 2015

07-15-00209-CV

RE: CAUSE NO. 24,143-A

STYLE: STEVEN EDWARD BOYD RELATOR, PRO SE,

DEAR MS. LONG:

PLEASE FIND ENCLOSED RELATOR'S AFFIDAVIT OF INDIGENCE, AFFIDAVIT RELATING TO PREVIOUS FILINGS PURSUANT TO 14.004 TEX. CIV. PRAC. & REM. CODE.

ALSO PLEASE RETURN TO ME A COPY OR THE ORIGINAL WRIT OF MANDAMUS SO THAT I MAY HAVE A COPY FOR MY FILES??

CAN YOU PLEASE TELL ME WHY THERE IS A FILING FEE OF $145.00 IN THIS CRIMINAL MATTER 24,143-A ?? THE WRIT OF MANDAMUS IS FOR A VOID JUDGEMENT & TRIAL COURTS JURISDICTION,

THIS FILING WAS MAILED VIA. U.S. MAIL ON MAY 27, 2015, I, STEVEN BOYD, RECEIVED YOUR LETTER DATED MAY 21, 2015 TODAY MAY 27, 2015 YOU MAY VERIFY THIS WITH THE MAIL ROOM AT THE NS UNIT 1536 I-10 EAST FORT STOCKTON, TEXAS 79735.

VERY TRULY YOURS,

STEVEN BOYD RELATOR, PRO SE,

MAY 27, 2015

RE: CAUSE NUMBER: 07-15-00209-CV - (24,143-A CRIM. MATTER)

STYLE: STEVEN EDWARD BOYD. RELATOR PRO SE.

1). PURSUANT TO TEX. CIV. PRAC. & REM. CODE § 14.004; RELATOR FILED AND SOUGHT RELIEF IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION IN POTTER COUNTY, TX. & WOULD SHOW THE FOLLOWING:

2). IN USDC NO. 2:13-CV-60 STEVEN EDWARD BOYD FILED A PRO SE. CIVIL RIGHTS LAWSUIT PURSUANT TO 42 U.S.C. § 1983

3). IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION CASE NO. USDC 2:13-CV-60 IN POTTER COUNTY, TX.

4). IN A LAWSUIT PURSUANT TO 42 U.SC. § 1983 ALLEGING THAT VARIOUS MEMBERS OF THE SWAT TEAM ARRESTED RELATOR VIOLATING HIS CONSTITUTIONAL RIGHTS & ASSAULTING RELATOR & CONDUCTING A WARRANTLESS SEARCH OF MY RESIDENCE & CAR

5). REQUESTED RELIEF SOUGHT; MONETARY & INJUNCTIVE RELIEF

6). THE DEFENDANT'S OF SAID CAUSE: JAMES A. FARREN RANDALL COUNTY DA, TOBY HUDSON, CPL. RAYMOND LANCASTER, CPT. OFF. LANDRUM, OFF LOGAN, OFF. RAYMOND SOTO, OFF. MICHAEL HANCOCK, OFF. JAMES CLEMENTS, OFF. SANDERSON, SGT. CORY JONES, SGT. KEITH CARGO, OFF. AINSWORTH, KYLE HAWLEY. OFF. PONCE, ANTHONY MERRYMAN, MICHAEL MCCLENSKI, LT. KRIZAN, BRENDA ANN HADLEY, OFF. PACHECO.

7). THE DISTRICT COURT STAYED CLAIMS FOR ILLEGAL SEARCH & SEIZURE FOR REQUESTED MONETARY RELIEF & ORDERED RELATOR TO FILE AN UPDATE ON THE STATUS OF THE STATE CRIMINAL PROCEEDINGS EVERY 90 DAYS. THE DISTRICT COURT DISMISSED RELATOR'S REQUESTS FOR INJUNCTIVE RELIEF UNDER YOUNGER ABSTENTION DOCTRINE & DISMISSED THE REMAINING CLAIMS FOR FAILURE TO STATE A CLAIM OR FRIVOLOUS.

8). PURSUANT TO TEX. CIV. PRAC. & REM. CODE § 14.004 RELATOR CERTIFIES & VERIFIES THAT THE FOREGOING INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE & CORRECT TO THE RELATOR'S BELIEF UNDER PENALTY OF PERJURY.

SIGNED ON MAY 27, 2015

STEVEN BOYD

5-27-15

# EXHIBIT 1

## DECLARATION OF INABILITY TO PAY COST

(The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6, Chapter 132 of the Texas Civil Practices and Remedies Code.)

Now respectfully comes _STEVEN EDWARD BOYD_, TDCJ # _1940466_, and declares that I am unable to pay the court costs in this civil action and requests leave of the Court to proceed in forma pauperis in this accompanying civil action and would show the Court the following:

(1) I am presently incarcerated in the _NS UNIT FORT STOCKTON, TX_ Unit of the Texas Department of Criminal Justice where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income. _(TRUE)_

(3) I currently have $ _O._ credited to me in the Inmate Trust Fund.

(4) During my incarceration in the Texas Department of Criminal Justice I have received approximately $ _25.00_ per month as gifts from relatives and friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and I receive no interest or dividend income from any source.

(6) I have _3_ dependents.

(7) I have total debts of approximately $ _17,000_.

(8) I owe $ _0_ as restitution.

(9) My monthly expenses are approximately $ _25.00_.

I, _STEVEN EDWARD BOYD_, TDCJ # _1940466_, being presently incarcerated in the _NS FORT STOCKTON_ Unit of the Texas Department of Criminal Justice in _PECOS_ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the _27TH_ day of _MAY_, 20 _15_.

_STEVEN BOYD_

Name  _STEVEN BOYD_

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE         05/27/15
FJ19/CE00029              IN-FORMA-PAUPERIS DATA                 15:11:37
TDCJ#: 01940466 SID#: 06561065 LOCATION: FORT STOCKTON    INDIGENT DTE: 03/27/15
NAME: BOYD,STEVEN EDWARD              BEGINNING PERIOD: 11/01/14
PREVIOUS TDCJ NUMBERS: 01178453 01223797 01627191
CURRENT BAL:          0.34 TOT HOLD AMT:        0.00 3MTH TOT DEP:    100.00
6MTH DEP:           150.00 6MTH AVG BAL:       54.15 6MTH AVG DEP:     25.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/15      42.88              0.00       01/15      63.75             25.00
03/15     139.00              0.00       12/14      39.61              0.00
02/15     139.00            100.00       11/14      64.34             25.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Pecos_
ON THIS THE _27th_ DAY OF ___May 2015___ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Estela Carrasco_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



ESTELA
CARRASCO
Notary Public, State of Texas
My Commission Expires
06-23-2017
Notary Without Bond

Steven Boyd #1940946
NS Unit 1536 A-10 East
Fort Stockton, TX. 79735

MIDLAND / ODESSA
TX 797 1L
29 MAY 2015 PM

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, TX. 79105-9540

79105%540

(mailed on
5-27-2015)
Urgent Legal Mail !!!